(Original)

United States District Court
For the State of Colorado
901 19th St.
Denver, Co. 80294
(303) 844-3433

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 MAY -9 AM 11:16

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Harold Graham   Pro Se
Petitioner
   v.

06-CV-00871

District Court
County of Park
11th Judicial District         Respondent
State of Colorado

District Attorneys Office
11th Judicial District
County of Park                  Respondent
State of Colorado

Harold Graham   Pro Se
104 Anderson Rd.
Bailey, Co. 80421
(No Phone)

## Writ of Habeas Corpus

Comes Now, Harold Graham, Petitioner, Pro Se seeking relief from a unconstitutional information

Filed in the District Court, Park County, Colorado
By the District Attorney Office, Park County, Colorado
By way of injuction

The People has filed an information against petitioner, with trial to begain on June 13, 2006. Under C.R.S. 16-22-103 (1)(A)+(C) as a convicted sex offender

The D.A. & Park County Court has tendered Jury instruction which exclude the people from having to prove a <u>constitutional trial occurered in past</u>. (instructions included)

Petitioner contentions are that,

A. Previous trial was unconstitutional due to perjury by state witnesses (see hearing of 14 Oct. 1991 where Judge Nieto dissmissed half of verdict due to perjury

B. The jury was misinstructed - per Colorado Court of Appeals. (see People v. Graham 876 P.2D 68, 73)

C. Petitioner was represented by public defenders who did not recongise a constitutional error when it occurered - therefore they were ineffective in their representation.

D. Arizona v. Fullamante 171 S.C. 1092 clearly +

(2)

plainly stated that constitutional error could not be subjected to harmless error analysis, that it was abridgement of trial framework. <u>THE ONLY CURE FOR CONSTITUTAL ERROR IS NEW TRIAL</u>, which I was denied at trial & appellate level

## ARGUMENT

Colorado Sex Offenders Registration Act is similiar to a 3 strike statute. It seeks to punish a citizen futher by restricting his/her freedom.

A state and it agents, actors, employees should be required to prove that a constitutional trial occured in first instance, before application of statute. As is required in 3 strike prosecution. See D.A. & courts elements that is to be given jury. (No requirement for a constitutional trial be proven.

Perjury taint a juror mind beyound repair, therefore it is essintal to have a new trial before a new unbaised jury

Misinstructions to jury also taints a jurys mind to point that a fair verdict cannot be had People v. Walker — B.T.R. — (can't remember cite) held misinstructed jury was a constitutional error & only cure was a new trial

Since the State of Colorado judicial system refuses to ahear to the superior constitutional law & case law upon the issue.

(3)

Petitioner respectfully request this court to issue a stay in this matter untill it can be fully briefed by all parties.

The question — CAN A STATE THROUGH ITS SUB-AGENCYS, ACTORS, AGENTS APPLY ITS SEX OFFENDERS REGISTRATION ACT TO A UNCONSTITUTIONAL CONVICTION?

Petitioners argument is that I would not have been convicted had the state witnesses of told truth in first instance.

Had the jury of been properly instructed in first instance, they could not of brought in a guilty verdict. The court of appeals was a split decision. One justice held I should of been given a new trial.

Petitioner was denied the right to fire my incompetent counsel of record at trial & appellate level, when they would not persue the question of constitutional error.

Petitioner futher resquest an order of prohibitation against the respondents to prohibit the application of sex offenders registration act to unconstitutional convictions.

(4)

RESPECTFULLY SUBMITTED FOR THIS HONORABLE COURT CONSIDERATION THIS 9th DAY OF MAY 2006

*Harold Graham Poole*
104 ANDERSON RD.
BAILEY, CO. 80421
(NO PHONE)

# Certificate of Service

I Harold Graham certify that a true copy of this Writ of Habeas Corpus has been mailed to following Respondent

District Court
County of Park
300 Fourth St.
Fairplay, CO. 80440

Office of District Attorney
11th Judicial District
310 Fourth St.
Fairplay, CO. 80440

Attorney Generals Office
State of Colorado
1525 Sherman St
Denver, CO.

Dated 5-9-06                    Harold Graham

INSTRUCTION NO. 14

The elements of the crime of failure to register as a sex offender (failure to register) are:

1.  that the defendant,

2.  in the State of Colorado, at or about the date and place charged,

3.  was a person required to register as a sex offender with the local law enforcement agency in the jurisdiction in which the defendant resided, and

4.  the defendant failed to register as a sex offender with the local law enforcement agency in the jurisdiction in which the defendant resided.

After considering all the evidence, if you decide the prosecution has proven each of the elements beyond a reasonable doubt, you should find the defendant guilty of failure to register as a sex offender (failure to register).

After considering all the evidence, if you decide the prosecution has failed to prove any one or more of the elements beyond a reasonable doubt, you should find the defendant not guilty of failure to register as a sex offender (failure to register).