**06 - CV - 00871**

nTue May  9 11:21:31 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 268198
Cashier          stacie

Tender Type   CASH

Transaction Type   N

DD Code     Div No      Acct
 4613          1        0869PL

Amount              $      5.00

FROM HAROLD GRAHAM

06-CV-00871, HABEAS, 5G